**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tomas GARDEA–CALLEROS,
Defendant–Appellant.**

No. 03–50522.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Tomas Gardea–Calleros, pro se, Post, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

---

PER CURIAM.*

Tomas Gardea–Calleros, federal inmate # 11508–180, appeals from the denial of his motion for reconsideration of his sentence which the district court construed as a motion for reduction of sentence. He argues that the Government improperly relied on his prior deportation as an element of his offense under 8 U.S.C. § 1326 because that prior deportation was the result of a due process violation. Because the district court was without authority to modify the imposed term, the denial of the motion for a sentence reduction is AFFIRMED. *See United States v. Bridges,* 116 F.3d 1110, 1112 (5th Cir.1997).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.